# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0055. GINA FORE v. SHIMMEAL GRIFFIN.**

Gina Fore[1] and Shimmeal Griffin divorced in 2022. The divorce decree awarded primary physical custody of the couple's child to Griffin, directed that the parties would share joint legal custody, and gave visitation to Fore. In 2023, proceeding pro se, Fore filed this separate action to change custody.[2] On August 14, 2023, after conducting a temporary hearing, the superior court issued an order denying Fore the relief she sought. From that order, Fore, again proceeding pro se, filed this timely application for discretionary review.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody." Thus, when the order being appealed is one refusing to change custody in a custody case, OCGA § 5-6-34 (a) (11) allows a direct appeal. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because Fore seeks to challenge the superior court's child custody ruling, the order here is subject to direct appeal. See id.

This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Fore's application is hereby GRANTED. Fore shall have ten days from the date of this order

---

[1] Gina Fore changed her name, which was previously Gina Griffin, in the divorce proceeding.

[2] The materials which Fore has included here include an unfiled copy of her complaint for change of custody.

to file a notice of appeal with the superior court, if she has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __09/22/2023__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*